# UNITED STATES DISTRICT COURT
## District of Maine

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Criminal No. 08-54-P-S |
| ) | |
| **RICHARD SZPYT, et al,** ) | |
| ) | |
| **Defendants** ) | |
| ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on November 9, 2008, his Recommended Decision (Docket No. 514).  Defendant James E. Weston filed his Objection to the Recommended Decision (Docket No. 552) on November 25, 2008.  Defendant Cynthia A. Moore filed her Objection to the Recommended Decision (Docket No. 553) on November 26, 2008.  December Richard Szpyt filed his Objection to the Recommended Decision (Docket No. 565) on December 12, 2008.  The Government filed its Response to the Objections of Defendants James E. Weston, Richard W. Szypt and Cynthia A. Moore (Docket No. 569) on December 15, 2008.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de</u> <u>novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. The Proposed Findings of Fact herein are **ADOPTED.**

3. It is hereby **ORDERED** that Defendant Charles Green's Motion to Suppress (Docket No. 366) and Defendant Michael Balot's Motion to Suppress (Docket No. 437) are **DISMISSED AS MOOT**.

4. It is hereby **ORDERED** that Defendants' Motions to Join filed by Kelley Monahan (Docket No. 374), Michael Martin (Docket No. 381), and Andre T. Charron (Docket No. 388) are **GRANTED**.

5. It is hereby **ORDERED** that Defendants' Motions to Join and Suppress filed by Robert L. Sanborn, Jr. (Docket No. 375), Lara Sanborn (Docket No. 377), and Walter D. Towle, Jr. (Docket No. 378) are **GRANTED** to the extent they join Defendant James E. Weston's Motion to Suppress (Docket No. 346), and are otherwise **DENIED**.

6. It is hereby **ORDERED** that Defendants' Motions to Suppress filed by James E. Weston (Docket No. 346), Cynthia Moore (Docket No. 352), Sherwood K. Jordan (Docket No. 357), and Daniel A. Guarino (Docket No. 368) are **DENIED**.

/s/George Z. Singal  
Chief U.S. District Judge

Dated: December 18, 2008